UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-06-2172-LRS |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | EXPEDITE **(Ct. Rec. 117)** |
| | ) | AND GRANTING MOTION |
| FRANKLIN NASH, | ) | TO MODIFY CONDITIONS OF |
| | ) | RELEASE **(Ct. Rec. 113)** |
| Defendant. | ) | |

On April 3, 2007, this court held a bail review hearing. James Hagarty, Esq., appeared for the government. Counsel for the Defendant, Amanda Bjur Stevens, Esq. was present. The Defendant was not present as he is still in treatment.

The motion to **expedite** is **granted (Ct. Rec. 117)**.

The government did not object to defendant's motion to modify conditions of release.

**IT IS ORDERED** That the motion to modify conditions of release **(Ctr. Rec. 113)** is **granted** as follows:

1. The Defendant shall reside with his grandfather.

2. The defendant shall participate in electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of Pretrial Services. In the event the defendant does not respond to electronic monitoring or cannot be found, the Pretrial Services Officer shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the

ORDER GRANTING MOTION TO EXPEDITE
AND ORDER GRANTING MOTION TO MODIFY

defendant. The cost of this program is to be paid by the defendant unless this officer determines that the defendant is unable to pay, and in such case the cost of this surveillance is to be paid under a program established in accordance with 18 U.S.C. § 3154(11). On a showing of necessity, the defendant may obtain written permission to leave this area from the United States Probation Office. The Court will not require the electronic home monitoring be in place prior to the Defendant's release.

    3.   The Defendant shall follow recommended aftercare treatment.

    4.   The Defendant shall be ordered to alcohol and/or drug testing up to six times per month at the discretion of U.S. Probation.

    5.   The Court will not require that a surety bond or an appearance bond be posted in this matter.

    6.   The conditions of release previously ordered October 13, 2006 remain in effect.

    DATED this 3rd day of April, 2007.

                                      s/Michael W. Leavitt
                                      MICHAEL W. LEAVITT
                           United States Magistrate Judge

ORDER GRANTING MOTION TO EXPEDITE
AND ORDER GRANTING MOTION TO MODIFY